## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,      :   No. 535 MAL 2021
                                   :
             Respondent            :
                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court
        v.                         :
                                   :
                                   :
ZACHARY CLAYTON CAPRIOTTI,         :
                                   :
             Petitioner            :


## ORDER


**PER CURIAM**

     **AND NOW**, this 23rd day of February, 2022, the Petition for Allowance of Appeal

is **GRANTED**.  The issue, rephrased for clarity, is:

> Whether the Superior Court erred in its application of the "silver platter" exception to the exclusionary rule, where police retrieved evidence of criminality after accepting a non-occupant's invitation into a residence to retrieve items discovered by the non-occupant during a prior search?

This question necessarily implicates the legality of the non-occupant's invitation, which

the parties should address factually and legally, as they have in the courts below.